CHRISTINA VON DER AHE RAYBURN (SBN 255467)
cvonderahe@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: 949.567.6700
Facsimile: 949.567.6710

BRENNA K. LEGAARD (*Pro Hac Vice Pending*)
blegaard@schwabe.com
ANGELA E. ADDAE (*Pro Hac Vice Pending*)
aaddae@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Attorneys for Defendant Ni-Q, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PROLACTA BIOSCIENCE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NI-Q, LLC, an Oregon limited liability company, and DOES 1-10, inclusive,<br><br>        Defendant. | Case No.: 2:17-cv-04071-SJO-E<br><br>**DEFENDANT'S NOTICE OF RULE 11 MOTION FOR SANCTIONS**<br><br>Honorable S. James Otero<br>Ctrm: 10C<br>Date:  August 28, 2017<br>Time: 10:00 a.m.<br><br>Date Action Filed:  May 31, 2017<br>Trial Date: N/A |

# NOTICE OF MOTION AND MOTION

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on August 28, 2017, at 10:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at the United States Courthouse, 350 West 1st Street, Los Angeles, California 90012-4701, Courtroom 10C, Defendant Ni-Q, LLC ("Ni-Q") will and hereby does move this Court to enter an Order granting sanctions pursuant to Fed. R. Civ. P. 11.

This motion is made following the telephonic conference of counsel pursuant to L.R. 7-3, which took place on June 22, 2017. The parties made a good faith attempt to resolve this dispute and were unable to do so. *See* Declaration of Brenna Legaard re Conferral.

This motion is based on the following documents:

- Memorandum in Support of Defendant's Rule 11 Motion for Sanctions;
- Declaration of Brenna K. Legaard;
- And the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Dated: July 12, 2017

CHRISTINA VON DER AHE RAYBURN
Orrick, Herrington & Sutcliffe LLP

By: */s/ Christina Von der Ahe Rayburn*
CHRISTINA VON DER AHE RAYBURN
Attorneys for Defendant