1    CHRISTINA VON DER AHE RAYBURN (SBN 255467)
     cvonderahe@orrick.com
2    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
3    2050 Main Street, Suite 1100
     Irvine, CA 92614-8255
4    Telephone: 949.567.6700
5    Facsimile: 949.567.6710

6
     BRENNA K. LEGAARD (*Pro Hac Vice Pending*)
7    blegaard@schwabe.com
     ANGELA E. ADDAE (*Pro Hac Vice Pending*)
8    aaddae@schwabe.com
9    **SCHWABE, WILLIAMSON & WYATT, P.C.**
     1211 SW 5th Ave., Suite 1900
10   Portland, OR  97204
11   Telephone: 503.222.9981
     Facsimile: 503.796.2900
12

13   Attorneys for Defendant Ni-Q, LLC

14

15                  UNITED STATES DISTRICT COURT

16        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

17

| | |
|---|---|
| PROLACTA BIOSCIENCE, INC., a Delaware corporation, | Case No.: 2:17-cv-04071-SJO-E |
| Plaintiff, | **DECLARATION OF BRENNA K. LEGAARD IN SUPPORT OF DEFENDANT'S NOTICE OF RULE 11 MOTION FOR SANCTIONS** |
| v. | Honorable S. James Otero |
| NI-Q, LLC, an Oregon limited liability company, and DOES 1-10, inclusive, | Ctrm: 10C Date:  August 28, 2017 Time: 10:00 a.m. |
| Defendant. | Date Action Filed:  May 31, 2017 Trial Date: N/A |

18
19
20
21
22
23
24
25

26        I, Brenna K. Legaard, declare as follows:

27        1.     I am one of the attorneys for Defendant Ni-Q, LLC ("Ni-Q") in the

28   above-captioned case.  I make this declaration based upon my personal knowledge in

1    support of Defendant Ni-Q's Rule 11 Motion for Sanctions, and if called as a witness

2    could and would testify competently thereto.

3         2.    Attached hereto as Exhibit A is a true and correct copy of correspondence

4    from Michelle S. Rhyu to Bill Pfost, dated November 11, 2016.

5         3.    Attached hereto as Exhibit B is a true and correct copy of email

6    correspondence from Bill Pfost to Scott Elster and Vanessa Sterrett, dated March 21,

7    2017.

8         4.    Attached hereto as Exhibit C is a true and correct copy of email

9    correspondence from Scott Elster to Bill Pfost, Alyson Fuller, and Vanessa Sterrett,

10   dated March 22, 2017.

11        5.    Attached hereto as Exhibit D is a true and correct copy of email

12   correspondence from Bill Pfost to Scott Elster and Vanessa Sterrett, dated April 3,

13   2017.

14        6.    Attached hereto as Exhibit E is a true and correct copy of correspondence

15   from Jaye G. Heybl to Bill Pfost, dated May 11, 2017.

16        7.    Attached hereto as Exhibit F is a true and correct copy of correspondence

17   from Mark Farber to Jaye G. Heybl, sent attached to an email dated May 17, 2017.

18        8.    Attached hereto as Exhibit G is a true and correct copy of correspondence

19   from Jaye G. Heybl to Mark Farber, dated May 19, 2017.

20        9.    Attached hereto as Exhibit H is a true and correct copy of correspondence

21   from Mark Farber to Jay Heybl and Bill Pfost, dated June 1, 2017.

22        10.   Attached hereto as Exhibit I is a true and correct copy of correspondence

23   from Jaye G. Heybl to Mark Farber, dated June 2, 2017.

24        11.   Attached hereto as Exhibit J is a true and correct copy of email

25   correspondence from Jaye G. Heybl to Mark Farber, counsel to Ni-Q, dated June 16,

26   2017.

27        12.   Attached hereto as Exhibit K is a true and correct copy of a preliminary

28   amendment filed by patent applicant Elena Medo, amending the claims pending in

2

1  application 13/592,678.  Before this amendment was filed, pending claim 1 covered a

2  method of genetic testing to match donated milk to donor.  This amendment limited to

3  the claim so that it only covered the testing of milk that comprises "a human protein

4  constituent of 11-20 mg/mL; a human fat constituent of 35-55 mg/mL; and a human

5  carbohydrate constituent of 70-120 mg/mL." This application became US Patent No.

6  8,628,921.

7          I swear under penalty of perjury that the foregoing is true and correct.

8

9          Executed on July 12, 2017, in Portland, Oregon.

10

11

12                                              Brenna K. Legaard

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRENNA K. LEGAARD IN SUPPORT OF                    2:17-CV-04071-SJO-E
RULE 11 MOTION FOR SANCTIONS